107 F.3d 863
 4 Wage & Hour Cas.2d (BNA) 224
 Stanley Platek, Laszlo Varga, Sam McCulloughugh, Thomas
Haney, Sr., Mark Rimlinger, Thomas Von Geis, Harry
Wright, John Malezi, Frank Tripodi, Nick
Roman, Margaret Burton
v.
Duquesne Club, a Pennsylvania Corporation
 NO. 96-3255
 United States Court of Appeals,
Third Circuit.
 Feb 05, 1997
 
 Appeal From: W.D.Pa. ,No.94cv00901 ,
 Bloch, J.
 
 
 1
 Affirmed.